Louis Lercari, an Infant, by Stephen Lercari, His Guardian ad Litem, et al., Appellants, *v.* City of New York, Respondent.

Argued May 31, 1938; decided July 7, 1938.

*Joseph P. Walsh* for appellants.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *George J. Conway* of counsel), for respondent.

Judgment of Appellate Division reversed and that of Trial Term affirmed, with costs in this court and in the Appellate Division. The evidence of constructive notice is sufficient to charge the defendant with liability. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.